- 1 -

| | |
|---|---|
| 1 | Your Name: Elias Torres Ramirez |
| 2 | Address: 665 Russell Ave. #5 Santa Rosa Ca 95403 |
| 3 | Phone Number: |
| 4 | Fax Number: |
| 5 | E-mail Address: |
| 6 | Pro Se Plaintiff |

FILED
IFP MAY 20 2024
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Elias Torres Ramirez

*[signature: Elias Torres Ramirez]*

Plaintiff,

vs.

Theresa Tommasi
175 Railroad St
Santa Rosa Ca 95401
707 593 9000

Defendant.

Case Number  CV24 3023 JCS *[leave blank]*

**COMPLAINT**

DEMAND FOR JURY TRIAL
Yes [ ]  No [ ]

**PARTIES**

1. Plaintiff. [*Write your name, address, and phone number. Add a page for additional plaintiffs.*]

Name: Elias Torres Ramirez

Address: 1200 Laurel Lane Beverly Hills Ca 90210

Telephone:

COMPLAINT
PAGE 5 OF 12 *[JDC TEMPLATE – Rev. 05/2017]*

2. Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 1:
Name: Theresa Tommasi
Address: 175 Railroad St, Santa Rosa Ca 95401
Telephone: 707 593 9000

Defendant 2:
Name: Val
Address: 175 Railroad St, Santa Rosa Ca 95401
Telephone: 707 593 9000

Defendant 3:
Name: Travis Micheal Kelce
Address: currently unkown because he or they move around a lot.
Telephone:

**JURISDICTION**

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3. My case belongs in federal court

[✓] under <u>federal question jurisdiction</u> because it is involves a federal law or right.

[*Which federal law or right is involved?*] 1st ammendment freedom to practic our religion & Speech & 2nd amendment defend my spouse, family & friends or whomever.

[ ] under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.

COMPLAINT
PAGE 6 OF 12  *[JDC TEMPLATE – Rev. 05/2017]*

**VENUE**

[*The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.*]

4. Venue is appropriate in this Court because:

☐ a substantial part of the events I am suing about happened in this district.

☐ a substantial part of the property I am suing about is located in this district.

☐ I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u> I live in this district.

☑ at least one defendant is located in this District and any other defendants are located in California.

**INTRADISTRICT ASSIGNMENT**

[*This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.*]

5. Because this lawsuit arose in __Sonoma__ County, it should be assigned to the __NDC 9th District__ Division of this Court.

**STATEMENT OF FACTS**

[*Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.*]

1   We are married with a Holy Covennat Marraige, we have been seperated temperarely, and I need assistance getting back to my Spouse and family, My Spouse Taylor Alison Swift, I need assistance getting back to my Spouse and family, My Spouse Taylor Alison Swift, I need, want, her, I am experiancing a lot of pain becuase we are not together. this is not a joke. This is Serious I need her for everything wheather she knows it

COMPLAINT

PAGE __7__ OF __12__  *[JDC TEMPLATE – Rev. 05/2017]*

-4-

1.5  continuing/ or not. I need a Gaurdianship and concervertorship over her immediately. Ephesians 5: 23-24, Taylor Alison Swift must be submisive and obey her husband me.

Elias Torres Ramirez,

2.  Need my Spouse Taylor Alison Swift, not fulfiling of our Sacred Relationship by Travis Micheal Kelce, and other certain people that infringe on our sacred Relationship individuals did not do their jobs, or civic duties. did not provid adequate assistance.

3.  I tried to communicate with her and be with her. Because She is my Spouse, I need to know where she is at, because she pertains to me, and us together, they are not to keep us apart. this is automatic I should not have to expalin very simple, Covenant relationship.

4.  This Certain individual has demonstrated, repeat offender, of privacy, copyright infringement, 1st amendment, 1st amendment rights, hacking emails, stealing money. infringing on my path, workflow, by inpeding & obstructing them.

5.  Regarding, certain People in Law Enforcement, Court Officials, other Officials need to know, this is not an accusation, this is for notificationand awareness purposes. They need to be written up, maybe disciplined if they continue to repeat, there impeding or obstructing my path, it is in the nature of my job. They need to cease and assist.

//
//

COMPLAINT

PAGE 8 OF 12  [JDC TEMPLATE – Rev. 05/2017]

-5-

# CLAIMS

## First Claim

(Name the law or right violated: <u>Covenant Marriage, Holy Matrimony</u>)

(Name the defendants who violated it: <u>Travis Micheal Kelce</u>)

[Explain briefly here <u>what</u> the law is, <u>what each</u> defendant did to violate it, and <u>how</u> you were harmed. You do not need to make legal arguments. You can refer back to your statement of facts.]

1. Under the Supreme Law of the Land. May 31, 2021-The Offense is punishable by a range of imprisonment up to a life of the crime Right to Pursue our Happiness & Conduct our business. Using Pro Se if need to: Ex-parte Letter if needed, Right to: Commandeer, also nature of the Job. Becsaue I am the head of our household.

2. 1st amendment rights, freedom to practice our Religion & Freedom of speech. Right to be married together, Right to communicate with each other, or whoever we may to communicate with. 2nd amendment, right to bear arms, right to defend ourselfs. Tight to Go to church whever we need to or choose to.

3. Right to Travel, Right to Traverse. Go wherever we may need to. Right to conduct our business examples: renting any type of veichles, or services that we may need want or both.

4. Right to Defend My Spouse, Family, Friends or whoever I may need to. sometimes it just might be business, or whatever. Need Federal Health plan for specific medication Jardiance, for Diabetes or any other ones.

5. Sometimes we may need to know certain things, therefore you should not be afraid to ask questions to each other, this not for accusation purposes, but for FYI and need to know. You People need to konw. We need to know.

//

COMPLAINT
PAGE 9 OF 12  [JDC TEMPLATE – 05/17]

-6-

## 2 _____ Claim

(*Name the law or right violated*): Certain People Keeping us apart.

(*Name the defendants who violated it*: Adults.

6. They did not knowl, they need to be admonished, lightly, recomended. Theresa Tommasi, Val, Certain individual not knowing, spedcifically, Law enforcment Theresa Tommasi needs to recive 1 year in federal prison, for messing with our holy matrimony. Val needs 10 years of probation for his character development.

7. I have remained civil and respectful, throught my life, unless it was or their was a reason for it.

8. Others have made or mislabeld my character, also konwn as defermation of my character, I was not raised that way, that they say, and they ask me questions that they should not be asking me, do to the nature of my job.

9. I have help defend our nation, Society, communities, and I get infringement of our rights.

10. If I am asking cerain people questions it is because I have the rith to, or may need to, I should not have to expalin basic communication things to people that I may need speak to or talk to.

11. explining: for examples of the nature of my job & other examples. the Police, Fire fighters, medical EMT's, only get called when they are needed, this is somewhat in the same areas of my circumstances. this is also why I need assistance currently.

COMPLAINT

PAGE 10 OF 12   *[JDC TEMPLATE – 05/17]*

-7-

## DEMAND FOR RELIEF

*[State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.]*

1. Take Control of all our Legal Holdings, everything Pertaining & Encompassing us. Reasons for this is that all of this automaticlly pertains & encompasses me, and us. because she is my spouse. Financial'(s), money, Bank Account'(s), Security services'(s), Organization'(s), Airplane'(s), Contract'(s), other Contract'(s), Intellectual property, Key'(s), Key Code'(s), Place'(s), Propertie'(s), Item'(s), other item'(s), that these certain individual'(s) be put to death. Others are adults and I should not have to expalin the code of conduct to them, they should know better. Not my fault. Need to cease and assist me or us. examples getting back together immediately. Need TAD Orders immediately, Temperay Assinged Duty, to each other. Because I am theLegal male head of our household it is automatic Thank you.

## DEMAND FOR JURY TRIAL

*[Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.]*

☐ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 05/16/2024   Sign Name: *Elias Torres Ramirez*

Print Name: Elias Torres Ramirez

COMPLAINT
PAGE 11 OF 12   *[JDC TEMPLATE – 05/17]*

-8-

*[Copy this page and insert it where you need additional space.]*

1. Under the Supreme Law of the Land. May 31, 2021-The Ofense is punishable by a range of imprisonment up to a life of the crime Right to Pursue our Happiness & Conduct our business. Using Pro Se if need to: Ex-parte Letter if needed, Right to: Commandeer, also nature of the Job. Honor My Military Contracts, we made an agreement that I would be allowed to keep all and full military benefits, pay, different types compensation, and allowed to work on it on my own.

2. 1st amendment rights, freedom to practice our Religion & Freedom of speech. Right to be married together, Right to communicate with each other, or whoever we may need to defend ourselfs. Right to Go to church whever we need to or choose to. Right to Travel, Right to Traverse. Go whever we may need to. Right to socialize.

3. Have all our Legal Holdings, and everything that pertains & encompasses us protected. all of this is automatic because she is my spouse, I/We need t be able to come together immediately, so that we cn figure this out immediately.

4. Right to Travel, Right to Traverse. Go wherever we may need to. Right to conduct our business examples: renting any type of veichles, or services that we may need want or both.

5. May need to know only, Traverse whever, need to operate with impunity, depending on the circumstances. this is one of them. not to be taken out of context. Thank you.

COMPLAINT

PAGE 12 OF 12   *[JDC TEMPLATE – 05/17]*