# PRIORITY® MAIL

**Retail**

PRIORITY MAIL POSTAGE REQUIRED



TAGE PAID
50
Origin: 95401
05/16/24
0569980662-30

IAIL®

0 Lb 12.70 Oz
RDC 03

5/17/24

C004

02-3426

G® #



9676 16



# PRIORITY ★ MAIL ★



UNITED STATES POSTAL SERVICE®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

**FROM:**

Elias Torres Ramirez
665 Russell Ave. #5
Santa Rosa Ca 95403

**TO:**

To: whomever it may concern
16th floor
450 Golden Gate Ave, San Francisco, CA 94102

Label 228, March 2016        FOR DOMESTIC AND INTERNATIONAL USE

## VISIT US AT USPS.COM®
### ORDER FREE SUPPLIES ONLINE

PRESS FIRMLY TO SEAL

UNITED STATES POSTAL

UNITED STATES POSTAL SERVICE.

P

US

PRIORI

- Expected delivery date specified for domestic
- Domestic shipments include $100 of insuranc
- USPS Tracking® service included for domestic
- Limited international insurance.**
- When used internationally, a customs declarat

*Insurance does not cover certain items. For details regardir Mail Manual at *http://pe.usps.com.*

** See International Mail Manual at *http://pe.usps.com* for av

EXPECTED DELIVERY DA

SHIP TO:

FL 16
450 GOLDEN GAT
SAN FRANCISCO

MAILING ENVELOPE
FOR DOMESTIC AND INTERNATIONAL

USPS TRA

9505 5145 0828

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

Y TO SEAL

TRACKED ▪ INSURED

PS00000133100

EP14 July 2022
OD: 15 x 11.625

**PRIORITY MAIL**

RECEIVED
MAY 17 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**VISIT US AT USPS.COM®**
**ORDER FREE SUPPLIES ONLINE**

r international shipments, the maximum weight is 4 lbs.



# UNITED STATES POSTAL SERVICE ®

## MAILING ENVELOPE
FOR DOMESTIC AND INTERNATIONAL USE

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

## TRACKED ▪ INSURED



PS00000133100

EP14 July 2022
OD: 15 x 11.625

For Domestic shipments, the maximum weight is 70 lbs