UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS TORRES RAMIREZ,<br><br>Plaintiff,<br><br>v.<br><br>THERESA TOMMASI, et al.,<br><br>Defendants. | Case No. 24-cv-03023-HSG<br><br>**JUDGMENT** |

Judgment is hereby entered consistent with the Court's Order Adopting Magistrate Judge's Report and Recommendation Regarding Dismissal,

This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

Dated at Oakland, California, this 27th day of August, 2024.

Mark B. Busby
Clerk of Court

By: _____
Nikki D. Riley
Deputy Clerk to the Honorable
HAYWOOD S. GILLIAM, JR.